# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00255-CR

**Eli Blue Hernandez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT
### NO. D-1-DC-10-206973, HONORABLE CLIFFORD BROWN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Eli Blue Hernandez pleaded guilty to the offense of possession of a controlled substance, cocaine, and the district court placed him on deferred-adjudication community supervision for a period of eight years. Subsequently, the State filed a motion to proceed with an adjudication of guilt, based, in part, on an allegation that Hernandez had committed the subsequent criminal offense of possession of a controlled substance.[1] Hernandez pleaded true to the allegations in the motion to adjudicate and was sentenced to five years' imprisonment. He subsequently filed a pro se notice of appeal from the judgment adjudicating guilt. However, the district court has

---

[1] Hernandez's appeal of his conviction for the subsequent offense was separately docketed under appellate cause number 03-13-00256-CR. That appeal was dismissed because the district court had certified that it was a plea-bargain case, the defendant had no right of appeal, and the defendant had waived the right of appeal. *See Hernandez v. State*, No. 03-13-00256-CR, 2013 Tex. App. LEXIS 7553 (Tex. App.—Austin June 21, 2013, no pet.) (mem. op., not designated for publication).

now certified that Hernandez has waived the right of appeal.  *See* Tex. R. App. P. 25.2(a)(2), (d).

Accordingly, we dismiss the appeal.


_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed

Filed:   March 28, 2014

Do Not Publish

2